# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:19-cv-00016-MR

| | |
|---|---|
| RONALD MCCLARY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MICHAEL BUTLER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Leave to Manually File Video an Exhibit. [Doc. 79].

For the reasons stated in Defendant's motion,

**IT IS HEREBY ORDERED** that Defendant's motion [Doc. 79] is **GRANTED.** Defendant shall mail the Exhibit to the following address:

U.S. District Court, Asheville Division
Western District of North Carolina
100 Otis Street, Room 309
Asheville, NC 28801

**IT IS FURTHER ORDERED** that within ten (10) days of this Order Defendant shall make a copy of the Exhibit available for viewing by Plaintiff through the staff at the facility at which Plaintiff is currently housed.

**IT IS SO ORDERED**.

Signed: June 3, 2021

Martin Reidinger
Chief United States District Judge