IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-00016-GCM

| | |
|---|---|
| **RONALD MCCLARY,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **MICHAEL BUTLER,** | |
| **Defendant.** | |

**THIS MATTER** is before the Court on pro se Plaintiff Ronald McClary's third motion for reconsideration (ECF No. 133) and another document styled "Motion for Leave" (ECF No. 134). In both pleadings, McClary seeks to relitigate the issue of a "false video" offered at the summary judgment phase by Defendant. The Court has previously ruled on this issue, s*ee* ECF No. 122 at 1, and McClary's motions assert essentially the same grounds that he previously argued. Accordingly, the motions will be denied. The Court warns Mr. McClary that further repetitive filings related to this matter, or any other improper, frivolous, or duplicative filings will be stricken by text order without further notice.

**IT IS THEREFORE ORDERED** that the Motion for Reconsideration (ECF No. 133) and the Motion for Leave (ECF No. 134) are **DENIED**.

**SO ORDERED**.

Signed: January 21, 2022

Graham C. Mullen
United States District Judge