# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| Ronald McClary, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:19-cv-00016-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael Butler | ) | |
| Ken Poteat, | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Trial and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict entered on  February 8, 2022.

February 9, 2022

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court