# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:19-CV-00016-GCM

| | |
|---|---|
| RONALD MCCLARY,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL BUTLER,<br><br>    Defendant. | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. The Court received a letter to chambers from Mr. McClary (ECF No. 156). Upon review of the contents, the Court concludes that the letter must be stricken from the record. McClary has been repeatedly warned to refrain from "continued duplicative, frivolous, or abusive filings." *See* Text Order entered February 4, 2022; *see also* ECF No. 90 at 8 (striking letters to chambers as "wholly improper"). McClary's letter levels a variety of insults and makes duplicative, irrelevant arguments. It also verges on threatening at several points. This will not do.

**IT IS THEREFORE ORDERED** that the letter to chambers (ECF No. 156) shall be **STRICKEN** from the record.

    **SO ORDERED**.

Signed: February 15, 2022

Graham C. Mullen
United States District Judge