IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-00016-GCM

| | |
|---|---|
| RONALD MCCLARY, | |
| Plaintiff, | |
| v. | **ORDER** |
| MICHAEL BUTLER, | |
| Defendant. | |

**THIS MATTER** comes before the Court on its own motion. The Court previously certified that Plaintiff met the requirements for a transcript at government expense under 28 U.S.C. § 753(f). *See* ECF No. 168 at 2. The court reporter requested a supplemental order directing her to prepare the transcript.

**IT IS THEREFORE ORDERED** that the court reporter shall **PREPARE A TRANSCRIPT AT GOVERNMENT EXPENSE** for the trial in this matter, to be used by Plaintiff in his pending appeal.

**SO ORDERED**.

Signed: April 5, 2022

Graham C. Mullen
United States District Judge